Form G-3 (20241101)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION          DIVISION

In re: Joseph R. Aguilera                    ) Chapter 7
       Mary Beth Aguilera                    )
                                             ) No. 25-17894
                                             )
           Debtor(s)                         ) Judge Deborah L. Thorne

## NOTICE OF MOTION

TO: See attached list

    PLEASE TAKE NOTICE that on January 7, 2026, at 1:00 p.m., I will appear before the Honorable Deborah L. Thorne, or any judge sitting in that judge's place, **either** in courtroom 682 of the Everett McKinley Dirksen United States Courthouse, 219 S. Dearborn Street, Chicago, IL 60604 **or** electronically as described below, and present the motion of Citibank, N.A. [to/for] Relief from the Automatic Stay, a copy of which is attached.

    **Important: Only parties and their counsel may appear for presentment of the motion electronically using Zoom for Government. All others must appear in person.**

    **To appear by Zoom using the internet**, go to this link: https://www.zoomgov.com/. Then enter the meeting ID and passcode.

    **To appear by Zoom using a telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and passcode.

    **Meeting ID and passcode.** The meeting ID for this hearing is 160 9362 1728, and the passcode is _____. The meeting ID and passcode can also be found on the judge's page on the court's web site.

    **If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without calling it.

                                                       By: /s/ Nisha B. Parikh

                                                     Diaz Anselmo & Associates LLC
                                                     1771 W. Diehl Rd., Ste. 120
                                                     Naperville, IL 60563-4947
                                                     (630) 453-6960 (866) 402-8661
                                                     (630) 428-4620 (Fax)
                                                     ILBankruptcy@dallegal.com

# CERTIFICATE OF SERVICE

I, Veronica Gerardo ,

☐ an attorney, certify

- or -

☒ a non-attorney, declare under penalty of perjury under the laws of the United States of America

that I served a copy of this notice and the attached motion on each entity shown on the attached list at the address shown and by the method shown on December 17, 2025 , at 2:30 p.m. *

/s/ Veronica Gerardo
[Signature]

*All applicable boxes must be checked and all blanks filled in.

## **SERVICE LIST**

The foregoing was served:

Via the court's ECF system on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

Robert N Honig
116 S. York Street, Suite 215
Elmhurst, IL 60126
*Attorney for Debtor(s)*

Michael K Desmond
Michael K. Desmond, Trustee
155 N. Wacker Dr.
Suite 3000
Chicago, IL 60606
*Trustee*

Adam G. Brief
Office of the U. S. Trustee, Region 11
219 South Dearborn
Room 873
Chicago, IL 60604
*U.S. Trustee*

And by regular U.S. Mail, postage pre-paid on:

Joseph R. and Mary Beth Aguilera
2227 Buckingham Avenue
Westchester, IL 60154
*Debtor(s)*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION

IN RE:

Joseph R. Aguilera                              CASE NO.: 25-17894
                                                CHAPTER 7
Mary Beth Aguilera                              JUDGE Deborah L. Thorne

    Debtor(s).
_____ /

## MOTION FOR RELIEF FROM THE AUTOMATIC STAY

Now comes, Citibank, N.A., secured creditor herein, by and through its attorneys, Diaz Anselmo & Associates, LLC, and moves for entry of the attached Order Granting Relief from the Automatic Stay and in support thereof respectfully states as follows:

1. This Court has jurisdiction pursuant to 28 U.S.C. § 1334 and the general orders of the NORTHERN of Illinois.

2. Venue is fixed in this Court pursuant to 28 U.S.C. § 1409.

3. This matter constitutes a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(G).

4. The debtor(s) filed a petition for relief under Chapter 7 on November 19, 2025.

5. Citibank, N.A. holds a mortgage secured by a lien on debtor's real estate commonly known as 2227 Buckingham Ave, Westchester, IL 60154-5142.

6. As of 12/10/2025 the indebtedness is $208,413.09.  There is also an additional lien(s) extant with a balance of $159,506.58, per the Debtor(s)' Schedules.  The value of the property is $310,000.00, per the Debtor's Schedules. The loan is past due for the following payments:

    a. Payment 5/1/2025 in the amount of $1,555.43 Payment 6/1/2025 in the amount of $1,555.65; Payment 7/1/2025 in the amount of $1,555.53; Payment 8/1/2025 in

the amount of $1,555.42; Payment 9/1/2025 in the amount of $1,555.69; Payment 10/1/2025 in the amount of $1,555.97; Payment 11/1/2025 in the amount of $1,524.66; Payment 12/1/2025 in the amount of $1,494.87;

      b.     The total default is $13,777.22, including attorney fees and costs in the amount of $1,424.00 for bringing this motion.

7.     The failure of the debtor to make timely payments is cause for the automatic stay to be modified as to the movant pursuant to 11 U.S.C. § 362(d)(1).

8.     The movant requests the Court order that Rule 4001(a)(4) is not applicable.

WHEREFORE, Movant prays for an entry of the attached Order Granting Relief from the Automatic Stay and for such further relief as this Court deems proper.

By: /s/ Nisha B. Parikh
Nisha B. Parikh
Bar No. 6298613
Diaz Anselmo & Associates, LLC
**Attorneys for Creditor**
1771 West Diehl Road, Suite 120
Naperville, IL 60563
Phone: (954) 564-0071
Fax:  (954) 564-9252
nparikh@dallegal.com

File No. 6711-226066